IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BASF PLANT SCIENCE, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 17-421-VAC-CJB |
| | ) |
| NUSEED AMERICAS INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO DISMISS

Defendant Nuseed Americas Inc. ("Nuseed Americas") respectfully moves the Court for an Order, substantially similar to the proposed form of order attached hereto, dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. § 2201(a), 12(b)(6), or 12(b)(7). The specific grounds for Nuseed Americas' motion are set forth in Nuseed Americas' Opening Brief in support of its Motion to Dismiss and the Declaration of Andrew Bruce Thomas On Behalf of Nuseed Americas, filed contemporaneously herewith.

Dated:  July 14, 2017

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Lawrence M. Sung | |
| Mary Sylvia | */s/ Samantha G. Wilson* |
| WILEY REIN LLP | James M. Lennon (No. 4570) |
| 1776 K Street, NW | Samantha G. Wilson (No. 5816) |
| Washington, DC 20006 | Rodney Square |
| (202) 719-7000 | 1000 North King Street |
| lsung@wileyrein.com | Wilmington, DE 19801 |
| msylvia@wileyrein.com | (302) 571-6600 |
| | jlennon@ycst.com |
| | swilson@ycst.com |
| | |
| | *Attorneys for Defendant Nuseed Americas Inc.* |

## **CERTIFICATE OF SERVICE**

I, Samantha G. Wilson, Esquire, hereby certify that on July 14, 2017, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on July 14, 2017, I caused the foregoing document to be served by e-mail upon the following counsel:

> Jack B. Blumenfeld [jblumenfeld@mnat.com]
> Karen Jacobs [kjacobs@mnat.com]
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347
>
> Christian E. Mammen [chris.mammen@hoganlovells.com]
> HOGAN LOVELLS US LLP
> 3 Embarcadero Center, Suite 1500
> San Francisco, CA 94111
>
> Arlene Chow [arlene.chow@hoganlovells.com]
> HOGAN LOVELLS US LLP
> 875 3rd Avenue
> New York, NY 10022
>
> *Attorneys for Plaintiffs*

Dated: July 14, 2017

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Samantha G. Wilson*
James M. Lennon (No. 4570)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jlennon@ycst.com
swilson@ycst.com

*Attorneys for Defendant*

01:21872570.1