IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BASF PLANT SCIENCE, LP | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 17-421 |
| NUSEED AMERICAS INC. | : |

## ORDER

**AND NOW**, this 17th day of August 2017, upon considering Defendant's Motion to Dismiss (ECF Doc. No. 9), Plaintiff's Opposition (ECF Doc. No. 14), Defendant's Reply (ECF Doc. No. 20) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 9) is **GRANTED** without prejudice to Plaintiff suing in a Court which could exercise personal jurisdiction over the parties who may allegedly sue Plaintiff for patent infringement and thus allow a potential declaratory judgment action.

The Clerk of Court shall **close** this case.

_____
KEARNEY, J.